Aug. 23, 1979.

422 A.2d 694

Commonwealth v. Poteet, Appellant.

Submitted March 12, 1979. Nathaniel W. Boyd, IV, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ. Order affirmed.